UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:13-CR-129-1FL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **RUSSELL FREDERICK CULBRETH** | ) | |
| **Defendant** | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Wednesday, March 5, 2014, in New Bern. The case is hereby CONTINUED to the 5/8/14 term in New Bern, North Carolina.

This 12th day of February 2014.

/s/ Louise W. Flanagan
Louise W. Flanagan
U.S. District Judge